128.0006
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
------------------------------------------------------------X

CMA-CGM (AMERICA), INC.,

      Plaintiff,

-against-                            CASE NO.

CHENEY BROTHERS, INC.,

      Defendant.

------------------------------------------------------------X

## CIVIL COMPLAINT IN ADMIRALTY

Plaintiff, CMA-CGM (AMERICA), INC., by its attorneys, HALLEY, CALKINS & HALLEY, P.A., as and for its Complaint against defendant CHENEY BROTHERS, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times hereinafter mentioned, plaintiff, a common carrier by water (or agent therefor), was and still is a corporation duly organized and existing under the laws of Florida, with offices and a place of business at 118 North Royal Street, Suite 700, Mobile, AL, 36602.

3. Upon information and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A annexed hereto and made a part hereof.

4. On or about the dates and at the points or ports of shipment stated in schedule A, the shipper delivered certain goods for carriage by plaintiff to the point or ports of destination and at

the agreed charges to be paid by defendant to plaintiff pursuant to plaintiff's applicable published tariffs, all as set forth in Schedule A and the exhibits thereto.

5. Thereafter, the said goods were transported by plaintiff to the points or ports of destination and delivered to defendant and/or its agents or consignees.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit payment of $4,160.65 although duly demanded, and defendant is the responsible party to pay such charges. All credits due defendant have been applied by plaintiff.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $4,160.65 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements and reasonable attorneys fees, all as provided in plaintiff's tariffs and contract of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3. That plaintiff has such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Miami, FL
January 18, 2000

                                HALLEY, CALKINS & HALLEY, P.A.

By: _____
                      Thomas V. Halley
                      Florida Bar No. 0694363
                      Attorneys for Plaintiff
                      801 Brickell Avenue - 9th Floor
                      Miami, Florida 33131
                      (305) 789-6657
                      Fax (305) 789-6612

# SCHEDULE A

### I. **Defendant's status and address:**

A. Upon information and belief and at all times hereinafter mentioned, defendant CHENEY BROTHERS, INC., was and still is an individual with offices and a place of business at:

>1 Cheney Way
>Riviera Beach, FL 33404-7000

### II. **Details of shipment(s):** Please refer to Exhibit(s) 1-3 annexed hereto and made a part of Schedule A and the Complaint herein.

### III. **Total amount due:**................................. **$4,160.65**

CMA

CMA  
8410 NORTH WEST 53 TERRACE  
MIAMI, FL 33166

CBR117  
CHENEY BROTHERS INC  
1 CHENEY WAY

MIA000448

April 07, 1999

RIVIERA BEACH, FL 33404 7000

GCEU6983660

BRT000445

CHICAGO EXPRESS/W904I

DEMI- DEMURRAGE (INBOUND)

DEMURRAGE CHARGES. CHICAGO EXPRESS W904I.                    3560.65  
4  @ $133.00 / DAY = $532.00  
23 @ $159.00 / DAY = $3657.00  
LESS 15% DISCOUNT  =  628.35. PD BY CHENEY BROTHER  
S W/ CK NO 031978 DATED 4-5-99.B/L'S BRT000445,000  
459.

PLEASE ATTACH COPY OF INVOICE TO YOUR REMITTANCE

 $3,560.65 USD

CMA  
8410 NORTH WEST 53 TERRACE  
MIAMI, FL 33166

305-592-3821

Page    1

 EXHIBIT "1"

**BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT**

**Cie MARITIME D'AFFRETEMENT** CMA

| | |
|---|---|
| SHIPPER/EXPORTER (2) | DOCUMENT NO. (6) BRT000445 |
| BEIRUT - LEBANON | EXPORT REFERENCES (4) |
| | THC CODE |
| CONSIGNEE (3) (NON-NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT — REFERENCES (7) |
| 1 CHENEY WAY | |
| RIVIERA BEACH FL 33404 7000 | POINT AND COUNTRY OF ORIGIN (8) |
| NOTIFY (4) CHENEY BROTHERS INC | DOMESTIC ROUTING / EXPORT INSTRUCTIONS (9) |
| 1 CHENEY WAY | |
| RIVIERA BEACH FL 33404 7000 | |
| PIER/TERMINAL (10) MA | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) |
| VESSEL (11) CHICAGO EXPRESS W904I | PORT OF LOADING (12) MALTA | COMBINED TRANSPORT, ONWARD CARRIAGE (15)* MIAMI, FL |
| PORT OF DISCHARGE FROM VESSEL (13) MIAMI, FL | FOR TRANSHIPMENT TO (14) SAVANNAH, GA | |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER — CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. OF PKGS. (17) | DESCRIPTION OF GOODS (18) | GROSS WEIGHT (19) | MEASUREMENT (20) |
| | 621 | 1 X 40' 621 CTNS FOODSTUFF 621 CTNS FROZEN FOODSTUFFS FREIGHT TO BE PREPAID CARGO GROSS WEIGHT AS DECLARED BY THE SHIPPER KGS 11,209 F.I.L.O. SHIPPER SEAL: UN 10-MS PORT SEAL: 112487 TEMPERATURE - 18 DEGREES C ON BOARD SERVICE CONTRACT NBR. CONTINUED ON PAGE 2 | 11209KGS 24711LBS | 32.0000 382.8650 |

COPY NON NEGOTIABLE

SHIPPERS DECLARED VALUE SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

* If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per Clause 15.

"RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carrier's Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and afloat and without delay, and there to be delivered to consignee, or authorized receiver, or on-carrier on payment of all charges due thereon.

3

**FREIGHT CHARGES** (See clause 10 and 20)

| | | | |
|---|---|---|---|
| THC AT DESTINATIO | USD | 600.00 | C |
| OCEAN FREIGHT | USD | 4100.00 | P |
| TOTAL PREPAID USD | | 4100.00 | |
| TOTAL COLLECT USD | | (600.00) | |

IN WITNESS WHEREOF, Three (3) Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| MONTH | DAY | YEAR | BL/No. CMDU |
|---|---|---|---|
| 2/05/99 | | | BRT000445 |

EXHIBIT "2"

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE
TOTAL $

FOR THE CARRIER
INCHCAPE SHIPPING SERVICE As Agent
By

(CONTINUED ON REVERSE SIDE)

**Cie MARITIME D'AFFRETEMENT**

BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

CMA

| | |
|---|---|
| SHIPPER/EXPORTER (2)<br>BEIRUT - LEBANON | DOCUMENT NO. (5) BRT000445<br>EXPORT REFERENCES (6) |
| CONSIGNEE (3) (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>1 CHENEY WAY<br><br>RIVIERA BEACH FL 33404 7000 | FORWARDING AGENT — REFERENCES (7)<br><br>POINT AND COUNTRY OF ORIGIN (8) |
| NOTIFY PARTY (4)<br>CHENEY BROTHERS INC<br>1 CHENEY WAY<br><br>RIVIERA BEACH FL 33404 7000 | DOMESTIC ROUTING / EXPORT INSTRUCTIONS (9) |
| PIER/TERMINAL (10) MA | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) |
| VESSEL (11) CHICAGO EXPRESS W904I | PORT OF LOADING (12) MALTA | COMBINED TRANSPORT — ONWARD CARRIAGE (15)* MIAMI, FL |
| PORT OF DISCHARGE FROM VESSEL (13) MIAMI, FL | FOR TRANSHIPMENT TO (14) SAVANNAH, GA | |

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER — CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS (16) | NO. OF PKGS. (17) | DESCRIPTION OF GOODS (18) CONTINUATION 2 | | | | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|---|---|---|
| Container Nr | Seals | Qty. | Packages | Type | Gross (Kg) | Measr (CB) | |
| GCEU6983660 | 1306534 | 621 | CTNS | 40RH | 11209 | 52.000 | |

**COPY NON NEGOTIABLE**

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

SHIPPERS DECLARED VALUE SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

* If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per Clause 15.

"RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carrier's Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorised or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and afloat and without delay, and there to be delivered to consignee, or authorized receiver, or on-carrier on payment of all charges due thereon.

FREIGHT CHARGES (See clause 10 and 20)

3

IN WITNESS WHEREOF, Three (3) _____
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| MONTH DAY YEAR | BL/No. CMDU |
|---|---|
| 2/05/99 | BRT000445 |

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE

TOTAL $

FOR THE CARRIER
INCHCAPE SHIPPING SERVICE As Agent
By_____

(CONTINUED ON REVERSE SIDE)



EXHIBIT "3"

128.0006

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
CMA-CGM (America) Inc.
40 Inchcape Shipping Services
118 North Royal St, Suite 700
Mobile, AL 34602

**DEFENDANTS**
Cheney Brothers, Inc.
1 Cheney Way
Riviera Beach, FL 33404-7000

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Mobile
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Palm Beach

A — West Palm Beach  00-cv-8079 KLR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Halley, Calkins & Halley, P.A.
801 Brickell Avenue, 9th Floor
Miami, FL 33131
Telephone: (305) 789-6657

(d) CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, **PALM BEACH**, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION**: 3. Federal Question

**IV. CAUSE OF ACTION**
Nonpayment of ocean freight pursuant to the Shipping Acts of 1916 and 1984 and/or Surface Transportation Act.

**V. NATURE OF SUIT**: 120 Marine

**VI. ORIGIN**: 1. Original Proceeding

**VII. REQUESTED IN COMPLAINT**: DEMAND $4160.65   JURY DEMAND: NO

DATE: 1/18/00
SIGNATURE OF ATTORNEY OF RECORD: Thomas V. Halley   Florida Bar No. 0694363

FOR OFFICE USE ONLY: Receipt No. 85743   Amount: 150.00   Date Paid: 1/21/00